URSULA SOLEK v. STATE OF NEW JERSEY, DEPARTMENT OF PUBLIC ADVOCATE.

May 28, 1987.

Petition for certification denied.

EDWARD R. NOLAN, JR. v. RELIANCE INSURANCE COMPANY.

May 28, 1987.

Petition for certification denied.

THOMAS J. FITZGERALD v. FINEBERG AND RODGERS.

May 28, 1987.

Petition for certification denied.

CITY OF JERSEY CITY v. NEWPORT CITY DEVELOPMENT CO.

May 28, 1987.

Petition for certification denied.